# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Fabian Espinoza-Valencia,<br>A087 760 071<br>*Defendant* | Case No. 16-6493 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 2, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Fabian Espinoza-Valencia, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 17, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey P.S. for AUSA James R. Knapp

☒ Continued on the attached sheet.

_____
Complainant's signature
Timothy S. Goodin
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 3, 2016

_____
Judge's signature
David K. Duncan
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Timothy S. Goodin, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about November 2, 2016, Border Patrol Agent Chad Robinson encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Jose Fabian Espinoza-Valencia, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Espinoza-Valencia was transported to the Ajo Border Patrol Station for further processing. Espinoza-Valencia was held in administrative custody until his identity could be confirmed along with his immigration history.

3. Immigration history checks revealed Jose Fabian Espinoza-Valencia to be a citizen and national of Mexico and a previously deported criminal alien. Espinoza-Valencia was removed from the United States to Mexico through Nogales, Arizona, on or about December 17, 2015, pursuant to a removal order issued by an immigration judge. There is no record of Jose Fabian Espinoza-Valencia in any Department of Homeland

1

Security database to suggest that Espinoza-Valencia obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Espinoza-Valencia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Fabian Espinoza-Valencia was convicted of Possession of Marijuana for Sale, a felony offense, on April 21, 2015, in the Superior Court of Arizona, Maricopa County. Espinoza-Valencia was sentenced to a term of one (1) year and six (6) months' imprisonment. Espinoza-Valencia's criminal history was matched to him by electronic fingerprint comparison.

5. On November 2, 2016, Jose Fabian Espinoza-Valencia was advised of his constitutional rights. Espinoza-Valencia freely and willingly acknowledged his rights and agreed to provide a statement under oath. Espinoza-Valencia stated that is true and correct name is Jose Fabian Espinoza-Valencia and that he is a citizen of Mexico. Espinoza-Valencia stated that he illegally entered the United States, crossing near Sonoyta, Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 2, 2016, Jose Fabian Espinoza-Valencia, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at or near Nogales, Arizona, on or about December 17, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

_____
Timothy S. Goodin
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 3rd day of November, 2016.

_____
David K. Duncan
United States Magistrate Judge

3